# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CV-60736-RS- Smith/Hunt

IN ADMIRALTY

BANK OF AMERICA, N.A., a national banking association,

    Plaintiff,

vs.

BURRELL DIVERSIFIED INVESTEMENTS, LLC, a Delaware Limited Liability Company, DYLAN LUCY, a 2020 66 foot Zeelander motor Yacht, Official Number 1294109, her parts, appliances, equipment, substitutions, etc., *in rem*,

    Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR U.S. MARSHAL'S SALE

THIS CAUSE, having come before the Court upon the Plaintiff/Judgment Creditor Bank of America, N.A.'s ("Bank of America") Motion for U.S. Marshal's Sale [DE#45] (the "Motion"), and the Court, having considered the Motion and the Court's file, and being otherwise advised, it is hereupon ORDERED and ADJUDGED:

1. The Motion is GRANTED.

2. Bank of America's Dylan Lucy preferred ship mortgage is valid and enforceable in accordance with its terms.

3. The M/V Dylan Lucy, a 2020 66 foot Zeelander motor Yacht, Official Number 1294109, along with her parts, appliances, equipment, substitutions, etc. ("Dylan Lucy"), is hereby condemned to pay the demand of Bank of America and shall be sold.

**Case No.: 24-CV-60736-RS - Smith/Hunt**

4. The U.S. Marshal of this District shall conduct the public sale of the Dylan Lucy after publication and Notice of Sale has been made in accordance with the Local Admiralty Rules E(16) and A(7). The sale is subject to confirmation by the Court.

5. The method and procedures of the sale, including the notice of sale, payment of the purchase price and method of payment, shall be in accordance with the Local Admiralty rules, except as otherwise provided herein.

6. Bank of America is authorized to credit bid all or part of its Judgment Amount at the public sale of the Dylan Lucy in lieu of cash.

7. All persons, firms and corporations claiming any interest in the Dylan Lucy, including Burrell Diversified Investments, LLC or anyone claiming by or through, are forever barred and foreclosed of all right of equity of redemption or claim of, in, or to the Dylan Lucy after the sale.

8. Pursuant to Local Admiralty Rule E(18), claims against the proceeds of a sale, except for seamen's wages, will not be admitted on behalf of lienors who file and serve their claims after the sale. Any claims filed after the sale shall be limited to the remnants and surplus arising from the sale.

9. The Court retains jurisdiction to award attorneys' fees, costs and subsequently incurred *custodia legis* fees.

DONE AND ORDERED at _____, Florida, this ___ day of _____, 2025.

_____
United States District Judge