UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CV-60736-RS- Smith/Hunt

IN ADMIRALTY

BANK OF AMERICA, N.A., a national banking association,

        Plaintiff,

vs.

BURRELL DIVERSIFIED INVESTEMENTS, LLC, a Delaware Limited Liability Company, DANIEL BURRELL, an individual, DYLAN LUCY, a 2020 66 foot Zeelander motor Yacht, Official Number 1294109, her parts, appliances, equipment, substitutions, etc., *in rem*,

        Defendants.

_____/

## ORDER DIRECTING THE U.S. MARSHAL TO PAY THE PROCEEDS OF SALE INTO THE REGISTRY OF THE COURT AND FOR THE CLERK TO DISBURSE FUNDS FROM SALE OF VESSEL

This matter is before the Court on Plaintiff Bank of America, N.A.'s Motion for Order directing the U.S. Marshal to pay the proceeds of the sale into the Registry of the Court and for the Clerk to disburse the funds from the sale of the Defendant Vessel [DE 55]. Upon consideration, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Order directing the U.S. Marshal to pay the proceeds of the sale into the Registry of the Court and for the Clerk to disburse the funds from the sale of the Defendant Vessel [DE 55] is **GRANTED**.

2. The M/V Dylan Lucy sold at U.S. Marshal sale for $2,250,000.00; therefore, the U.S. Marshal is entitled to a statutory commission of $33,765.00, pursuant to 28 U.S.C. § 1921(c)(1) and 28 C.F.R. § 0.114.

3. The U.S. Marshal is entitled to costs in the amount of $6,702.40 pursuant to 28 U.S.C. § 1921(c)(1).

4. The U.S. Marshall shall deposit the proceeds from the sale of the M/V Dylan Lucy, less it's total commissions and costs/expenses of $40,467.40, into the Registry of the Court.

5. Upon receipt, the Clerk of Court shall disburse the net proceeds of the $2,217,032.60 to the Liebler, Gonzalez & Portuondo Trust Account.  The Clerk shall contact counsel for Plaintiff, Bank of America, to make arrangements regarding shipping of the net proceeds.

**DONE AND ORDERED** in the Chambers, Fort Lauderdale, Florida, this 28th day of August, 2025.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**