**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60736-CIV-SMITH/HUNT**

BANK OF AMERICA, N.A.,

Plaintiff,

vs.

BURRELL DIVERSIFIED
INVESTMENTS, LLC, *et al.*,

Defendants.
______________________________________/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 65], recommending granting in part Plaintiff's Verified Motion for Attorney's Fees, Additional Interest and Additional Custodia Legis Expenses, [and] for Entry of Final Deficiency Judgment [DE 61]. No objections to the Report and Recommendation have been filed. Accordingly, having reviewed the Report and Recommendation, the Motion, the record, and given that no objections have been filed, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation to District Judge [DE 65] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Verified Motion for Attorney's Fees, Additional Interest and Additional Custodia Legis Expenses, [and] for Entry of Final Deficiency Judgment [DE 61] is **GRANTED in part**.

3) Plaintiff's Final Judgment is increased by **$444,913.14**, resulting in an amended award total of **$4,154,396.45**, due to additional *custodia legis* expenses, attorney's fees and other permitted expenditures.

4) The Court finds that the value of the vessel is **$2,250,000.00**, and Defendant should be credited that amount from the sale of the vessel.

5) The Court will enter an amended Final Deficiency Judgment in the amount of **$1,904,396.45**. In accordance with Federal Rule of Civil Procedure 58, a Final Deficiency Judgment in favor of Plaintiff/Judgment Creditor, Bank of America, N.A., will be entered separately.

6) The Court reserves and retains jurisdiction over the parties and this cause to award Bank of America post-judgment interest pursuant to 28 U.S.C. §1961 from August 12, 2025, forward against the Defendant, Vessel and BDI, until the amounts due and owing Bank of America under the Final Judgment and any subsequent Order are satisfied in full.

7) The Court reserves and retains jurisdiction over the parties and this cause to award Bank of America additional reasonable attorney's fees and costs that Bank of America may incur in enforcing the Loan Documents and/or attempting to collect upon the final judgments, as entered and/or amended hereby or due to any pending motions in this cause.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 25th day of August, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: All Counsel of Record